ULMER PARK REALTY COMPANY, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued November 17, 1947; decided January 16, 1948.

*G. Burchard Smith, Frederick E. Crane, LeRoy S. Perkins, S. M. Meeker* and *D. E. Meeker* for appellant.

*Charles E. Murphy, Corporation Counsel (Seymour B. Quel, Stanley Buchsbaum* and *Bernard Friedlander* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part, THACHER, J.